# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHERYL MANDELL,<br><br>  Plaintiff,<br><br>  v.<br><br>MET LIFE, *et al.,*<br><br>  Defendants. | 3:10-CV-215-RCJ-VPC<br><br>**ORDER** |

Before the Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#9) entered on December 16, 2010, recommending the Court deny Plaintiff's Motions to Proceed in Forma Pauperis (##1, 7) because Plaintiff has repeatedly failed to state the amount of her monthly income and other assets. Plaintiff filed an objection (#10) to the Report and Recommendation on December 23, 2010.

The Court has conducted its *de novo* review in this case and has fully considered the pleadings, memoranda, and objections of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. Here, the Magistrate Judge denied Plaintiff's Motion to Proceed in Forma Pauperis (##1, 7) because Plaintiff failed to state her monthly income and other assets. Although in her objection Plaintiff provided evidence of her expenditures, she has again failed to state the about of her monthly income and other assets, which was the matter at issue. The Court accordingly determines that the Magistrate Judge's Report and Recommendation (#9) entered on December 16, 2010, should be adopted and accepted.

IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation (#9) entered on December 16, 2010, is adopted and accepted.

IT IS FURTHER ORDERED that Plaintiff's Motions to Proceed in Forma Pauperis (##1, 7) are DENIED.

DATED: this 7th day of December, 2011.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE